TRULINCS 21592084 - THOMAS, TREYTON LEE - Unit: COL-A-B

---------------------------------------------------------------------------FILED----------

FROM: 21592084
TO:
SUBJECT: Ltr to EDNC Clerk re Ext 10.18.22
DATE: 10/18/2022 03:47:47 PM

OCT 2 4 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

10.18.22

Peter A. Moore
Clerk of Court
EDNC
PO Box 25670
Raleigh, NC 27611

Re: 2255 Extension to 12.2.22
   Thomas v. USA
   No. 5:18-CR-87-1D; 5:16-CR-298-1D
   No. 5:22-CV-230-1D; No. 5:22-CV-231-1D

Dear Mr. Moore:

   I just received a notice of approval for my requested extension of time for my reply to the government's motion to dismiss my Motion 28 U.S.C. 2255. (Doc 202)

   Several weeks ago I submitted a Notice of Voluntary Dismissal for the above motion pursuant to F.R.C.P. Rule 41. Such a motion ends the case without the Court reaching the merits of the 2255 Motion on the government's Motion to Dismiss.

   Due to the many moves referenced in my 8.9.22 letter I have had to make, including prolonged medical quarantine due to the COVID-19 pandemic, I lost a great deal of the discovery documents necessary to effectively support a 28 U.S.C. 2255 motion.

   Thank you for your assistance along the way in this matter, and please let me know if I need to do anything further.

Yours sincerely,

Treyton L. Thomas