IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.  5:18-CR-00087-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| TREYTON LEE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Please enter my name as an attorney of record on behalf of the Plaintiff in the

above-captioned action.  Copies of all correspondence and pleadings should be mailed

to the undersigned at the below address.

Respectfully submitted this 14th day of August, 2026.

W. ELLIS BOYLE
United States Attorney


BY:  */s/ Matthew L. Fesak*
MATTHEW L. FESAK
Assistant United States Attorney
U.S. Attorney's Office
Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone:  (919) 856-4530
Facsimile:  (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar  #35276
*Attorney for the United States*

1

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 14th day of August, 2026, served a copy of the foregoing Notice of Appearance upon *pro se* Defendant by placing a copy of the same in the U.S. Mail, addressed as follows:

Treyton Lee Thomas
Reg. No.  21592-084
FCI Coleman - Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL  33521

<u>*/s/ Matthew L. Fesak*</u>
MATTHEW L. FESAK
Assistant United States Attorney

2