IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-87-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TREYTON LEE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 91], defendant's plea agreement dooms defendant's motion for return of property. Thus, the court DENIES defendant's motion for return of property [D.E. 88].

SO ORDERED. This 14 day of August, 2026.

JAMES C. DEVER III
United States District Judge