IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

OCT 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, E...
BY [signature]

UNITED STATES OF AMERICA,
Plaintiff,

v.

TREYTON LEE THOMAS,
Defendant.

No. 5:18-CR-00087-D

DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME AND FOR THE COURT TO CONSIDER DEFENDANT'S MOTION TO ALTER OR AMEND

I, Treyton Lee Thomas, proceeding pro se, respectfully request that the Court accept and consider the accompanying Motion to Alter or Amend the August 14, 2026 Order [D.E. 92].

I understand that Federal Rule of Civil Procedure 59(e) ordinarily requires a motion to alter or amend to be filed within 28 days after entry of the order. I am asking the Court to consider the unusual circumstances that prevented me from timely presenting the motion.

1. I did not receive the Government's response or the Court's August 14 Order in time to respond.

The Government filed its Response in Opposition [D.E. 91] on August 14, 2026. The Government's certificate of service states that it placed the response in the mail to me on that date.

The Court entered its Order [D.E. 92] the same day.

I did not receive the Government's response in sufficient time to address it before the Court ruled. I also did not receive the Court's August 14 Order through the mail in the ordinary course.

I therefore did not know that the Court had ruled on my motion, or that the Court had adopted the Government's position, until substantially later.

2. My attempted response was not reflected on the docket.

I also attempted to respond to the Government's position, but my response was not docketed by the Court.

I am incarcerated and have no electronic filing access. I rely upon the institutional mail system for filing documents with the Court. I also rely upon non-lawyer assistance outside the institution to help me understand docket activity and prepare my filings.

Because my response was not reflected on the docket and I did not receive the Court's order in a timely manner, I did not understand that the Court had already entered D.E. 92 and that the time for seeking reconsideration was running.

3. I acted as soon as I learned of the problem.

After learning of the August 14 Order and obtaining sufficient information concerning what had occurred, I promptly sought assistance in preparing the enclosed motion.

---

I am not attempting to disregard the Federal Rules or obtain an ordinary extension of the Rule 59(e) deadline. I am asking the Court to consider the extraordinary circumstances surrounding the lack of notice, the failure of my attempted response to appear on the docket, my incarceration, and my inability to electronically monitor or file documents in this case.

4. I respectfully request alternative relief.

I respectfully request that the Court:

accept and docket my previously submitted response if the Court determines that it was received or deposited for mailing;
accept and consider the accompanying Motion to Alter or Amend to the extent the Court determines that it was timely filed or deposited under the applicable filing rules;
alternatively, construe the accompanying motion as a motion for relief from the August 14, 2026 Order under Federal Rule of Civil Procedure 60(b)(1), based upon excusable neglect and the circumstances described above; and
grant any other relief necessary to permit me to present the issues raised in my accompanying motion on their merits.

I respectfully submit that I should not lose the opportunity to have these issues considered because I did not receive the Government's response or the Court's order in sufficient time to respond and because a filing I attempted to submit was not reflected on the docket.

Respectfully submitted,

Treyton Lee Thomas
Reg. No. 21592-084
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33521

Pro Se Defendant

Date: 10.5.26

DECLARATION

I, Treyton Lee Thomas, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

I did not receive the Government's Response in Opposition [D.E. 91] in sufficient time to respond before the Court entered D.E. 92.
I did not receive the Court's August 14, 2026 Order [D.E. 92] through the mail in the ordinary course.
I attempted to submit a response to the Government's filing, but that response does not appear on the Court's docket.
I am incarcerated and do not have electronic access to the Court's docket or electronic filing system.
I have relied upon non-lawyer assistance outside the institution to help me understand the docket and prepare my filings.
I did not intentionally disregard the Court's deadline or the Federal Rules.
I acted to address the matter after I learned that the Court had entered D.E. 92 and that my response was not reflected on the docket.
The statements above are true and correct to the best of my knowledge.

Executed on 10.5.26, 2026.

Treyton Lee Thomas