Treyton L. Thomas #21592-084
Federal Correctional Institution - Low
P.O. Box 1031
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
7 OCT 2026 PM 8 L

Dog Awareness
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED

OCT 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of the Court
EDNC
P.O. Box 25670
Raleigh, NC 27601-1418

27611-567070

