IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-87-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TREYTON LEE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motions [D.E. 93, 94] not later than December 4, 2026.

SO ORDERED. This 27 day of October, 2026.

JAMES C. DEVER III
United States District Judge